1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   (PPreovolos@mofo.com)
2  ANDREW D. MUHLBACH (CA SBN 175694)
   (AMuhlbach@mofo.com)
3  JOHANNA W. ROBERTS (CA SBN 191472)
   (JRoberts@mofo.com)
4  NATALIE NAUGLE (CA SBN 240999)
   (NNaugle@mofo.com)
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  *Attorneys for Defendant*
   APPLE COMPUTER, INC.
9
   LAW OFFICES OF HELEN ZELDES
10 HELEN I. ZELDES (CA SBN 220051)
   249 Highway 101 – No. 370
11 Solana Beach, CA 92075
   Telephone: 858.523.1713
12 Facsimile: 858.523.1783
   Email:  HelenZ@zeldeslaw.com
13
   BERNSTEIN LIEBHARD & LIFSHITZ, LLP
14 KEITH M. FLEISCHMAN
   RONALD J. ARANOFF
15 SUSAN COLLYER (CA SBN 179621)
   10 East 40th Street – 2nd Floor
16 New York, NY 10016
   Telephone:  212.779.1414
17 Facsimile:  212.779.3218
   Email: Collyer@bernlieb.com
18
   *Attorneys for Plaintiff*
19 BRIAN F. GORDON

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, /s/ James Ware, Judge James Ware]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN F. GORDON, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE COMPUTER, INC., and, DOES 1 THROUGH 50, inclusive,<br><br>    Defendant. | Case No.   C 06 5358 JW<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C 06 5358 JW
sf-2242250

1  *WHEREAS*, a Case Management Conference is scheduled for December 18, 2006; and

2  *WHEREAS*, the parties have participated in the requisite ADR Phone Conference; and

3  *WHEREAS*, the parties have agreed to private mediation;

4  IT IS HEREBY STIPULATED AND AGREED pursuant to Northern District Local Rule 6-2(a) that the Case Management Conference currently scheduled for December 18, 2006, shall be continued to February 5, 2007.

SO STIPULATED.

Dated: December 13, 2006

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
JOHANNA W. ROBERTS
NATALIE NAUGLE
MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
    Penelope A. Preovolos

*Attorneys for Defendant*
APPLE COMPUTER, INC.

Dated: December 13, 2006

HELEN ZELDES
LAW OFFICES OF HELEN ZELDES

KEITH M. FLEISCHMAN
RONALD J. ARANOFF
SUSAN COLLYER
BERNSTEIN LIEBHARD & LIFSHITZ, LLP

By: /s/ Helen Zeldes
    Helen Zeldes

*Attorneys for Plaintiff*
BRIAN F. GORDON

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 14, 2006

_____
United States District Court Judge

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C 06 5358 HRL
sf-2242250

1

1  I, Penelope A. Preovolos, am the ECF user whose ID and password are being used to file this Stipulation to Continuance of Case Management Conference. In compliance with General Order 45.X.B, I hereby attest that Helen I. Zeldes has concurred in this filing.

Dated: December 13, 2006

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
JOHANNA W. ROBERTS
NATALIE NAUGLE
MORRISON & FOERSTER LLP


By: /s/ Penelope A. Preovolos
    Penelope A. Preovolos

*Attorneys for Defendant*
APPLE COMPUTER, INC.

# CERTIFICATE OF SERVICE BY MAIL
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

Ronald J. Arandoff, Esq.
Keith M. Fleischman, Esq.
Bernstein Liebhard & Lipshitz, LLP
10 East 40th Street, 2nd Floor
New York NY 10016

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 13th day of December, 2006.

| Carol J. Peplinski | /s/ Carol J. Peplinski |
|---|---|
| (typed) | (signature) |

### ATTESTATION OF E-FILED SIGNATURE

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Proof of Service. In compliance with General Order 45, X.B., I hereby attest that Carol J. Peplinski has read and approved this Proof of Service and consents to its filing in this action.

Dated: December 13, 2006.

MORRISON & FOERSTER LLP

/s/ Penelope A. Preovolos
/s/ Penelope A. Preovolos