1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   (PPreovolos@mofo.com)
2  ANDREW D. MUHLBACH (CA SBN 175694)
   (AMuhlbach@mofo.com)
3  JOHANNA W. ROBERTS (CA SBN 191472)
   (JRoberts@mofo.com)
4  NATALIE NAUGLE (CA SBN 240999)
   (NNaugle@mofo.com)
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  *Attorneys for Defendant*
   APPLE COMPUTER, INC.

9
   LAW OFFICES OF HELEN ZELDES
10 HELEN I. ZELDES (CA SBN 220051)
   249 Highway 101 – No. 370
11 Solana Beach, CA 92075
   Telephone: 858.523.1713
12 Facsimile: 858.523.1783
   Email: HelenZ@zeldeslaw.com
13
   BERNSTEIN LIEBHARD & LIFSHITZ, LLP
14 KEITH M. FLEISCHMAN
   RONALD J. ARANOFF
15 SUSAN COLLYER (CA SBN 179621)
   10 East 40th Street – 2nd Floor
16 New York, NY 10016
   Telephone:  212.779.1414
17 Facsimile:  212.779.3218
   Email: Collyer@bernlieb.com
18
   *Attorneys for Plaintiff*
19 BRIAN F. GORDON

**GRANTED** — *Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN F. GORDON, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE COMPUTER, INC., and, DOES 1 THROUGH 50, inclusive,<br><br>　　　　　Defendant. | Case No.   C 06 5358 JW<br><br>**CLASS ACTION**<br><br>**STIPULATION REGARDING EXCHANGE OF INITIAL DISCLOSURES**<br><br>The Honorable Judge James Ware |

STIPULATION REGARDING EXCHANGE OF INITIAL DISCLOSURES
Case No. C 06 5358 JW
sf-2242751

*WHEREAS*, the Case Management Conference originally scheduled for December 18, 2006 has been continued to February 5, 2007; and

*WHEREAS*, the parties have agreed to private mediation and to exchange pre-mediation discovery;

IT IS HEREBY STIPULATED AND AGREED pursuant to Local Rule 6-1(a) and Federal Rule of Civil Procedure 26(a)(1) that the exchange of Initial Disclosures currently scheduled for December 18, 2006, will be postponed until after mediation.

IT IS SO STIPULATED.

Dated: December 15, 2006

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
JOHANNA W. ROBERTS
NATALIE NAUGLE
MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
    Penelope A. Preovolos

*Attorneys for Defendant*
APPLE COMPUTER, INC.

Dated: December 15, 2006

HELEN ZELDES
LAW OFFICES OF HELEN ZELDES

KEITH M. FLEISCHMAN
RONALD J. ARANOFF
SUSAN COLLYER
BERNSTEIN LIEBHARD & LIFSHITZ, LLP

By: /s/ Susan Collyer
    Susan Collyer

*Attorneys for Plaintiff*
BRIAN F. GORDON

STIPULATION REGARDING EXCHANGE OF INITIAL DISCLOSURES
Case No. C 06 5358 JW
sf-2242751

1

1   I, Penelope A. Preovolos, am the ECF user whose ID and password are being used to file this Stipulation to Postpone Exchange of Initial Disclosures. In compliance with General Order 45.X.B, I hereby attest that Susan Collyer has concurred in this filing.

Dated: December 15, 2006

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
JOHANNA W. ROBERTS
NATALIE NAUGLE
MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
    Penelope A. Preovolos

*Attorneys for Defendant*
APPLE COMPUTER, INC.

# CERTIFICATE OF SERVICE BY MAIL
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**STIPULATION REGARDING EXCHANGE OF INITIAL DISCLOSURES**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

Ronald J. Arandoff, Esq.
Keith M. Fleischman, Esq.
Bernstein Liebhard & Lipshitz, LLP
10 East 40th Street, 2nd Floor
New York NY 10016

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 15th day of December, 2006.

| Carol J. Peplinski | /s/ Carol J. Peplinski |
|---|---|
| (typed) | (signature) |

## ATTESTATION OF E-FILED SIGNATURE

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Proof of Service. In compliance with General Order 45, X.B., I hereby attest that Carol J. Peplinski has read and approved this Proof of Service and consents to its filing in this action.

Dated: December 15, 2006.

MORRISON & FOERSTER LLP

/s/ Penelope A. Preovolos
/s/ Penelope A. Preovolos

Certificate of Service
Case No. C 06 5358 JW
sf-2193611