```
 1  PENELOPE A. PREOVOLOS (CA SBN 87607)
    (PPreovolos@mofo.com)
 2  ANDREW D. MUHLBACH (CA SBN 175694)
    (AMuhlbach@mofo.com)
 3  JOHANNA W. ROBERTS (CA SBN 191472)
    (JRoberts@mofo.com)
 4  NATALIE NAUGLE (CA SBN 240999)
    (NNaugle@mofo.com)
 5  MORRISON & FOERSTER LLP
    425 Market Street
 6  San Francisco, California  94105-2482
    Telephone: 415.268.7000
 7  Facsimile: 415.268.7522

 8  Attorneys for Defendant
    APPLE COMPUTER, INC.
 9
    LAW OFFICES OF HELEN ZELDES
10  HELEN I. ZELDES (CA SBN 220051)
    249 Highway 101 – No. 370
11  Solana Beach, CA 92075
    Telephone: 858.523.1713
12  Facsimile: 858.523.1783
    Email:  HelenZ@zeldeslaw.com
13
    BERNSTEIN LIEBHARD & LIFSHITZ, LLP
14  KEITH M. FLEISCHMAN
    RONALD J. ARANOFF
15  SUSAN COLLYER (CA SBN 179621)
    10 East 40th Street – 2nd Floor
16  New York, NY 10016
    Telephone:  212.779.1414
17  Facsimile:  212.779.3218
    Email: Collyer@bernlieb.com
18
    Attorneys for Plaintiff
19  BRIAN F. GORDON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN F. GORDON, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>APPLE COMPUTER, INC., and, DOES 1 THROUGH 50, inclusive,<br><br>　　　　　　　Defendant. | Case No.    C 06 5358 JW<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C 06 5358 JW
sf-2259267

1  *WHEREAS*, a Case Management Conference is scheduled for February 5, 2007; and

2  *WHEREAS*, the parties have agreed to private mediation and such mediation is scheduled for March 13, 2007;

   IT IS HEREBY STIPULATED AND AGREED pursuant to Northern District Local Rules 6-2(a), 7-12, and 16-2(e), that the Case Management Conference currently scheduled for February 5, 2007, shall be continued to March 19, 2007.

   SO STIPULATED.

Dated: January 25, 2007

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
JOHANNA W. ROBERTS
NATALIE NAUGLE
MORRISON & FOERSTER LLP


By: /s/ Penelope A. Preovolos
    ─────────────────────────
    Penelope A. Preovolos

*Attorneys for Defendant*
APPLE COMPUTER, INC.

Dated: January 25, 2007

HELEN ZELDES
LAW OFFICES OF HELEN ZELDES

KEITH M. FLEISCHMAN
RONALD J. ARANOFF
SUSAN COLLYER
BERNSTEIN LIEBHARD & LIFSHITZ, LLP


By: /s/ Helen Zeldes
    ─────────────────────────
    Helen Zeldes

*Attorneys for Plaintiff*
BRIAN F. GORDON

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 26 2007

The Case Management Conference has been moved to 3/19/2007. The Parties shall file a Joint Case Management Conference no later than 3/9/2007.

/s/ James Ware
─────────────────────────
United States District Court Judge

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C 06 5358 JW
sf-2259267

1

I, Penelope A. Preovolos, am the ECF user whose ID and password are being used to file this Stipulation to Continuance of Case Management Conference. In compliance with General Order 45.X.B, I hereby attest that Helen I. Zeldes has concurred in this filing.

Dated: January 25, 2007

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
JOHANNA W. ROBERTS
NATALIE NAUGLE
MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
    Penelope A. Preovolos

*Attorneys for Defendant*
APPLE COMPUTER, INC.

# CERTIFICATE OF SERVICE BY MAIL
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

Ronald J. Arandoff, Esq.
Keith M. Fleischman, Esq.
Bernstein Liebhard & Lipshitz, LLP
10 East 40th Street, 2nd Floor
New York NY 10016

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 25th day of January, 2007.

| Carol J. Peplinski | /s/ Carol J. Peplinski |
|---|---|
| (typed) | (signature) |

**ATTESTATION OF E-FILED SIGNATURE**

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Proof of Service. In compliance with General Order 45, X.B., I hereby attest that Carol J. Peplinski has read and approved this Proof of Service and consents to its filing in this action.

Dated: January 25, 2007.

MORRISON & FOERSTER LLP

/s/ Penelope A. Preovolos
/s/ Penelope A. Preovolos

Certificate of Service
Case No. C 06 5358 JW
sf-2193611 v9