IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Brian F. Gordon, | NO. C 06-05358 JW |
| Plaintiff, | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Apple Computer, | |
| Defendant. | |

Due to the parties' failure to file a Case Management Statement, the Case Management Conference currently set for March, 19, 2007, is RESCHEDULED to **April 16, 2007 at 10:00 A.M.** The parties shall file a Joint Case Management Conference Statement no later than ten (10) days prior to the Conference, in accordance with the Local Rules.

Dated:  March 15, 2007

JAMES WARE
United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew D. Muhlbach Amuhlbach@MoFo.com
Heather A. Moser hmoser@mofo.com
Helen I. Zeldes helenz@zeldeslaw.com
Johanna W. Roberts jroberts@mofo.com
Penelope A. Preovolos ppreovolos@mofo.com
Susan Collyer collyer@bernlieb.com

**Dated: March 15, 2007**                               **Richard W. Wieking, Clerk**

                                                   **By:  /s/JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California