PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
JOHANNA W. ROBERTS (CA SBN 191472)
(JRoberts@mofo.com)
NATALIE NAUGLE (CA SBN 240999)
(NNaugle@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
APPLE COMPUTER, INC.

LAW OFFICES OF HELEN ZELDES
HELEN I. ZELDES (CA SBN 220051)
249 Highway 101 – No. 370
Solana Beach, CA 92075
Telephone: 858.523.1713
Facsimile: 858.523.1783
Email:  HelenZ@zeldeslaw.com

BERNSTEIN LIEBHARD & LIFSHITZ, LLP
KEITH M. FLEISCHMAN
RONALD J. ARANOFF
SUSAN COLLYER (CA SBN 179621)
10 East 40th Street – 2nd Floor
New York, NY 10016
Telephone:  212.779.1414
Facsimile:  212.779.3218
Email: Collyer@bernlieb.com

*Attorneys for Plaintiff*
BRIAN F. GORDON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN F. GORDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>APPLE COMPUTER, INC., and, DOES 1 THROUGH 50, inclusive,<br><br>Defendant. | Case No.   C 06 5358 JW<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C 06 5358 JW
sf-2288555

1  *WHEREAS*, a Case Management Conference is currently scheduled for April 16, 2007;
2  and
3  *WHEREAS*, because the parties agreed to private mediation, the original December 18,
4  2006 Case Management Conference was continued by stipulation of the parties to February 5,
5  2007; and
6  *WHEREAS*, because the private mediation agreed to by parties was scheduled for March
7  13, 2007, the February 5, 2007 Case Management Conference was continued by stipulation of the
8  parties to March 19, 2007; and
9  *WHEREAS,* the March 19, 2007 Case Management Conference was continued to April 16,
10 2007 by this Court's order; and
11 *WHEREAS*, Defendant's counsel has a scheduling conflict on April 16, 2007, the date the
12 Case Management Conference is currently scheduled;
13 IT IS HEREBY STIPULATED AND AGREED pursuant to the Northern District Local
14 Rules 6-2(a), 7-12, and 16-2(e), that the Case Management Conference currently scheduled for
15 April 16, 2007, shall be continued to May 14, 2007.
16 SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 22, 2007 | PENELOPE A. PREOVOLOS<br>ANDREW D. MUHLBACH<br>JOHANNA W. ROBERTS<br>NATALIE NAUGLE<br>MORRISON & FOERSTER LLP |

Dated: March 22, 2007        PENELOPE A. PREOVOLOS
                             ANDREW D. MUHLBACH
                             JOHANNA W. ROBERTS
                             NATALIE NAUGLE
                             MORRISON & FOERSTER LLP


By:  /s/ Penelope A. Preovolos
     Penelope A. Preovolos

*Attorneys for Defendant*
APPLE COMPUTER, INC.

Dated: March 22, 2007        HELEN ZELDES
                             LAW OFFICES OF HELEN ZELDES


KEITH M. FLEISCHMAN
RONALD J. ARANOFF
SUSAN COLLYER
BERNSTEIN LIEBHARD & LIFSHITZ, LLP


By:  /s/ Helen Zeldes
     Helen Zeldes

*Attorneys for Plaintiff*
BRIAN F. GORDON

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   3/23/2007

_____
United States District Court Judge

STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C 06 5358 JW
sf-2288555                                                                    2

1  I, Penelope A. Preovolos, am the ECF user whose ID and password are being used to file this Stipulation to Continuance of Case Management Conference. In compliance with General Order 45.X.B, I hereby attest that Helen I. Zeldes has concurred in this filing.

Dated: March 22, 2007

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
JOHANNA W. ROBERTS
NATALIE NAUGLE
MORRISON & FOERSTER LLP


By: /s/ Penelope A. Preovolos
 Penelope A. Preovolos

*Attorneys for Defendant*
APPLE COMPUTER, INC.

# CERTIFICATE OF SERVICE BY MAIL
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

Ronald J. Arandoff, Esq.
Keith M. Fleischman, Esq.
Bernstein Liebhard & Lipshitz, LLP
10 East 40th Street, 2nd Floor
New York NY 10016

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 22nd day of March, 2007.

| Carol J. Peplinski | /s/ Carol J. Peplinski |
|---|---|
| (typed) | (signature) |

## ATTESTATION OF E-FILED SIGNATURE

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Proof of Service. In compliance with General Order 45, X.B., I hereby attest that Carol J. Peplinski has read and approved this Proof of Service and consents to its filing in this action.

Dated: March 22, 2007.

MORRISON & FOERSTER LLP

/s/ Penelope A. Preovolos
/s/ Penelope A. Preovolos

Certificate of Service
Case No. C 06 5358 JW
sf-2193611 v10