1  LAW OFFICES OF HELEN ZELDES
   HELEN I. ZELDES (CA SBN 220051)
2  249 Highway 101 – No. 370
   Solana Beach, CA 92075
3  Telephone: 858.523.1713
   Facsimile: 858.523.1783
4  Email:  HelenZ@zeldeslaw.com

5  BERNSTEIN LIEBHARD & LIFSHITZ, LLP
   MEL E. LIFSHITZ
6  RONALD J. ARANOFF
   SUSAN COLLYER (CA SBN 179621)
7  10 East 40th Street – 2nd Floor
   New York, NY 10016
8  Telephone:  212.779.1414
   Facsimile:  212.779.3218
9  Email: Lifshitz@bernlieb.com; Aranoff@bernlieb.com
           Collyer@bernlieb.com

*Attorneys for Plaintiff*
BRIAN F. GORDON

PENELOPE A. PREOVOLOS (CA SBN 87607)
ANDREW D. MUHLBACH (CA SBN 175694)
JOHANNA W. ROBERTS (CA SBN 191472)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Email: PPreovolos@mofo.com; AMuhlbach@mofo.com
       JRoberts@mofo.com

Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN F. GORDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., and, DOES 1 THROUGH 50, inclusive,<br><br>Defendant. | Case No.    C 06 5358 JW<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C 06 5358 JW

*WHEREAS*, a Case Management Conference is currently scheduled for June 25, 2007; and

*WHEREAS*, Plaintiff's counsel has a scheduling conflict on June 25, 2007, the date the Case Management Conference is currently scheduled; and

*WHEREAS*, settlement negotiations are continuing at this time;

IT IS HEREBY STIPULATED AND AGREED pursuant to the Northern District Local Rules 6-2(a), 7-12, and 16-2(e), that the Case Management Conference currently scheduled for June 25, 2007, shall be continued to August 6, 2007.

SO STIPULATED.

Dated: June 21, 2007  HELEN ZELDES
LAW OFFICES OF HELEN ZELDES

MEL E. LIFSHITZ
RONALD J. ARANOFF
SUSAN COLLYER
BERNSTEIN LIEBHARD & LIFSHITZ, LLP

By:  /s/ Helen Zeldes
     Helen Zeldes

*Attorneys for Plaintiff*
BRIAN F. GORDON

Dated: June 21, 2007  PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
JOHANNA W. ROBERTS
MORRISON & FOERSTER LLP


By:  /s/ Penelope A. Preovolos
     Penelope A. Preovolos

*Attorneys for Defendant*

APPLE COMPUTER, INC.

IT IS SO ORDERED:  Pursuant to the Stipulation, the Court continues the case management conference presently scheduled for June 25, 2007 to **August 6, 2007 at 10 AM.**  This is the parties' final continuance.  The parties shall file an updated case management conference ten (10) days before the date of the conference.

Dated:  June 22, 2007   _____James Ware_____
JAMES WARE
United States District Judge

STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE   1
Case No. C 06 5358 JW

I, Helen I. Zeldes, am the ECF user whose ID and password are being used to file this Stipulation to Continuance of Case Management Conference. In compliance with General Order 45.X.B, I hereby attest that Penelope A. Preovolos has concurred in this filing.

Dated:  June 21, 2007                              HELEN ZELDES
                                                   LAW OFFICES OF HELEN ZELDES


                                             By:  /s/ Helen I. Zeldes
                                                   Helen I. Zeldes

                                                   *Attorney for Plaintiff*
                                                   BRIAN F. GORDON

STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE        2
Case No. C 06 5358 JW