1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   ANDREW D. MUHLBACH (CA SBN 175694)
2  JOHANNA W. ROBERTS (CA SBN 191472)
   NATALIE NAUGLE (CA SBN 240999)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522
   Email:  PPreovolos@mofo.com; AMuhlbach@mofo.com;
6          JRoberts@mofo.com; NNaugle@mofo.com

7  *Attorneys for Defendant*
   APPLE INC.
8
   LAW OFFICES OF HELEN ZELDES
9  HELEN I. ZELDES (CA SBN 220051)
   249 Highway 101 – No. 370
10 Solana Beach, CA 92075
   Telephone: 858.523.1713
11 Facsimile: 858.523.1783
   Email:  HelenZ@zeldeslaw.com
12
   BERNSTEIN LIEBHARD & LIFSHITZ, LLP
13 MEL E. LIFSHITZ
   RONALD J. ARANOFF
14 SUSAN COLLYER (CA SBN 179621)
   10 East 40th Street – 2nd Floor
15 New York, NY 10016
   Telephone:  212.779.1414
16 Facsimile:  212.779.3218
   Email: Lifshitz@bernlieb.com; Aranoff@bernlieb.com;
17        Collyer@bernlieb.com

18 *Attorneys for Plaintiff*
   BRIAN F. GORDON

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

19
20                          UNITED STATES DISTRICT COURT
21                         NORTHERN DISTRICT OF CALIFORNIA
22                                  SAN JOSE DIVISION

| | |
|---|---|
| BRIAN F. GORDON, on behalf of himself and all others similarly situated, | Case No. 5:06-cv-05358-JW |
| Plaintiff, | JOINT UPDATED CASE MANAGEMENT STATEMENT ; ORDER VACATING CONFERENCE |
| v. | |
| APPLE COMPUTER, INC., and, DOES 1 THROUGH 50, inclusive, | Date: September 24, 2007<br>Hon.   James Ware |
| Defendant. | |

JOINT UPDATED CASE MANAGEMENT STATEMENT
Case No. C-06-5358-JW
sf-2384771

1  The parties in the above-referenced case submit this joint statement to notify the Court
2  that they have reached an agreement to settle this matter. The parties have begun the process of
3  preparing the settlement documentation and will file a Motion for Preliminary Approval on or
4  before November 15, 2007. The parties will notice the motion for hearing on an appropriate date
5  thereafter in accordance with Local Rule 7.2, unless the Court prefers alternative scheduling.

6  In light of the settlement of this matter, the parties request that the Case Management
7  Conference currently set for September 24, 2007, be taken off calendar.

Dated: September 7, 2007

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
JOHANNA W. ROBERTS
NATALIE NAUGLE
MORRISON & FOERSTER LLP

By:  /s/ Penelope A. Preovolos
      Penelope A. Preovolos

*Attorneys for Defendant*
APPLE COMPUTER, INC.

Dated: September 7, 2007

HELEN ZELDES
LAW OFFICES OF HELEN ZELDES

MEL E. LIFSHITZ
RONALD J. ARANOFF
SUSAN COLLYER
BERNSTEIN LIEBHARD & LIFSHITZ, LLP

By:  /s/ Ronald J. Aranoff
      Ronald J. Aranoff

*Attorneys for Plaintiff*
BRIAN F. GORDON

JOINT UPDATED CASE MANAGEMENT STATEMENT
Case No. C-06-5358-JW
sf-2384771

1

1  I, Penelope A. Preovolos, am the ECF user whose ID and password are being used to file
2  this Joint Updated Case Management Statement and Proposed Orders.  In compliance with
3  General Order 45.X.B, I hereby attest that Ronald J. Aranoff has concurred in this filing.

6  Dated:  September 7, 2007              PENELOPE A. PREOVOLOS
                                          ANDREW D. MUHLBACH
7                                         JOHANNA W. ROBERTS
                                          NATALIE NAUGLE
8                                         MORRISON & FOERSTER LLP

10                                        By:   /s/ Penelope A. Preovolos
                                                Penelope A. Preovolos

12                                        *Attorneys for Defendant*
                                          APPLE COMPUTER, INC.

14  ORDER

16  In light of the parties' notice of settlement and parties' intent to filing a Motion
for Preliminary Approval of Settlement in accordance with the Local Rules,
17  the Court VACATES the case management conference presently scheduled for
September 24, 2007.

19  Dated: September 10, 2007             _____
                                          JAMES WARE
20                                        United States District Judge

JOINT UPDATED CASE MANAGEMENT STATEMENT
Case No. C-06-5358-JW
sf-2384771

2