*IT IS SO ORDERED*

*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN F. GORDON, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>APPLE COMPUTER, INC., and DOES 1 THROUGH 50, inclusive,<br><br>                    Defendant. | Case No.  5:06-cv-05358-JW<br><br>CLASS ACTION |

**STIPULATION REGARDING FORMS AND METHODS OF NOTICE**

1     WHEREAS, this Court issued an Order Granting Conditional Certification of a
2  Settlement Class, Approval of Forms and Methods of Notice, and Preliminary Approval
3  of Settlement Agreement and Release on March 24, 2008;
4     WHEREAS, the notice program approved by the Court on March 24, 2008 and
5  implemented by the Parties inadvertently omitted certain computer models covered by
6  the Settlement; and
7     WHEREAS, the Parties have developed a further notice program to ensure that
8  notice is provided to purchasers of the models omitted from the initial notice program;
9     IT IS HEREBY STIPULATED AS FOLLOWS:
10    The Parties agree to the further notice program as set forth in the [Proposed]
11  Amended Order Granting Approval of Forms and Methods of Notice (and the exhibits
12  thereto) filed simultaneously with this Stipulation.
13    IT IS SO STIPULATED.

14  Dated: August 27, 2008            PENELOPE A. PREOVOLOS
                                      ANDREW D. MUHLBACH
15                                    JOHANNA W. ROBERTS
                                      MORRISON & FOERSTER LLP
16

17
                                      By:   /s/Penelope A. Preovolos
18                                          Penelope A. Preovolos

19                                          *Attorneys for Defendant*
                                            APPLE COMPUTER, INC.
20

21  Dated: August 27, 2008            HELEN ZELDES
                                      LAW OFFICES OF HELEN ZELDES
22

23                                    MEL E. LIFSHITZ
                                      RONALD J. ARANOFF
24                                    BERNSTEIN LIEBHARD & LIFSHITZ, LLP

25                                    By:   /s/Helen Zeldes
                                            Helen Zeldes
26
                                            *Attorneys for Plaintiff*
27                                          BRIAN F. GORDON

28

STIPULATION REGARDING FORMS & METHODS OF NOTICE                                          1
CASE NO. 5:06-CV-05358-JW
sf-2564564

1    I, Penelope A. Preovolos, am the ECF user whose ID and password are being

2 used to file this Stipulation Regarding Forms and Method of Notice.  In compliance with

3 General Order 45.X.B, I hereby attest that Helen Zeldes has concurred in this filing.

4

5 Dated:  August 27, 2008                    PENELOPE A. PREOVOLOS
                                             ANDREW D. MUHLBACH
6                                            JOHANNA W. ROBERTS
                                             MORRISON & FOERSTER LLP
7

8
                                             By:   /s/Penelope A. Preovolos
9                                                    Penelope A. Preovolos

10                                           *Attorneys for Defendant*
                                             APPLE COMPUTER, INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING FORMS & METHODS OF NOTICE                                    2
CASE NO. 5:06-CV-05358-JW
sf-2564564